PER CURIAM.
Affirmed. See Michigan v. Summers, 452 U.S. 692, 101 S.Ct. 2587, 69 L.Ed.2d 340 (1981); Ybarra v. Illinois, 444 U.S. 85, 100 S.Ct. 338, 62 L.Ed.2d 238 (1979); Stokes v. State, 604 So.2d 836 (Fla. 1st DCA 1992); Belvin v. State, 585 So.2d 1103 (Fla. 2d DCA 1991); State v. Ruiz, 526 So.2d 170 (Fla. 3d DCA 1988), review denied, 534 So.2d 401 (Fla.1988), review denied, 488 U.S. 1044, 109 S.Ct. 872, 102 L.Ed.2d 995 (1989).